# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

SHARRON M. BURKE,       )
                              )
      Plaintiff,       )
                              )
      v.                   )      C.A. No. N18C-01-328 MMJ
                              )
CHILD, INC.,        )
                              )
      Defendant.       )

## ORDER

By Order dated April 26, 2018, the Court granted Defendant's Motion to Dismiss and dismissed this action with prejudice. The case was dismissed on the grounds that: Plaintiff's complaint is time-barred; Plaintiff must pursue her Title VII, ADA and ADEA claims in a federal forum; Plaintiff has failed to exhaust her administrative remedies; and Plaintiff has failed to state a Section 1983 claim.

Plaintiff filed a "Motion for Continuance and Reconsideration." By Order dated November 20, 2019, the Court directed Plaintiff to file sufficient factual detail and legal argument to enable the Court to consider the Motion. Plaintiff filed a letter dated December 1, 2019, accompanied by several exhibits.

The Court has reviewed the letter and exhibits. Because this action has been dismissed, the Court will consider Plaintiff's "Motion for Continuance and Reconsideration" as if it were a properly-filed Motion for Relief from Judgment or Order pursuant to Superior Court Civil Rule 60.

The Court finds that the exhibits provide detailed information on the substance of Plaintiff's allegations concerning her termination from employment. The submissions do not address any of the jurisdictional bars to this suit. Further, the additional information fails to support any basis for Rule 60 relief.

THEREFORE, Plaintiff's Motion for Continuance and Reconsideration is hereby DENIED.

**IT IS SO ORDERED** this _____16th_____ day of January, 2020.

_____
The Honorable Mary M. Johnston

2